IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN BRILEY                                                                                    PETITIONER
ADC #121521

V.                                    NO. 5:05CV00098 SWW/JWC

LARRY NORRIS, Director,                                                            RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Petitioner's motion for preliminary injunction and temporary restraining order (docket entry #18) is hereby denied.

IT IS SO ORDERED this 11th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE