IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN BRILEY                                                                                    PETITIONER
ADC #121521

V.                                      NO. 5:05CV00098 SWW

LARRY NORRIS, Director,                                                            RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 27th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE